IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL J. MEYHOEFER and NATURAL PEST SOLUTIONS, INC., | HON. JEROME B. SIMANDLE |
| Plaintiffs, | Civil No. 04-2713 (JBS) |
| v. | |
| ARETT SALES CORP., et al. | **ORDER** |
| Defendants. | |

This matter is before the Court upon the motion for summary judgment by Defendants Bobbex, Inc. and Coviello Bros., Inc. [Docket Item 83]; and

The Court having considered the submissions in support and opposition to the same; and

For the reasons expressed in the Opinion of today's date;

IT IS this **22nd** day of September 2005 hereby

ORDERED that the motion for summary judgment by Defendants Bobbex, Inc. and Coviello Bros., Inc. [Docket Item 83] is hereby **GRANTED**; and that judgment will be entered in favor of Defendants Bobbex, Inc. and Coviello Bros., Inc. and against Plaintiffs.

                                         **s/ Jerome B. Simandle**
                                         JEROME B. SIMANDLE
                                         U.S. District Judge